Prob12
Rev(3/88)

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

*FILED*
*U.S. DISTRICT COURT*
*EASTERN DISTRICT OF LA*
*2006 APR 12 PM 3:46*
*LORETTA G. WHYTE*
*CLERK*

U.S.A. vs. TERRY ADAMS                     Docket No. 053L 2:00CR00319-001D

## Petition to Rescind Warrant

COMES NOW JEFFREY D. HURM, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Terry Adams, who was placed on supervision by the Honorable A. J. McNamara sitting in the Court at New Orleans, Louisiana, on June 20, 2001, who fixed the period of supervision at five years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. Orientation and life skills
2. Drug treatment
3. Alcohol treatment
4. Pay any fine imposed by this judgement

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(if short insert here; if lengthy write on separate sheet and attach)

On February 9, 2006, this officer requested a Petition for Warrant for Offender Under Supervision for the arrest of Terry Adams for violating the terms of his supervised release. The warrant was requested as the offender failed to notify the probation officer within 72 hours of any change of residence. Specifically, since Hurricane Katrina, Adams failed to make contact with this probation officer and his whereabouts were unknown for approximately seven months. Adams also failed to attend orientation and life skills sessions, failed to participate in drug testing/treatment, failed to participate in alcohol testing/treatment, and failed to pay the court ordered fine. On March 29, 2006 Adams telephoned this officer and indicated that he had returned to the New Orleans area. Adams indicated that he and his family evacuated to Houston, Texas four days after Hurricane Katrina made landfall. Adams is currently residing with a niece in Gretna, Louisiana. He is currently employed in the oil and lube center at the Wal Mart located on Manhattan Boulevard in Harvey, Louisiana. As Adams is employed, he should be able to begin paying on the court imposed fine. Since Adams has contacted this officer, has a stable residence, and is currently employed, it is respectfully recommended that the court rescind the warrant in this case.

PRAYING THAT THE COURT WILL ORDER that the warrant issued on February 13, 2006 be recalled, and the case be allowed to continue under the current conditions of supervision.

ORDER OF COURT                                       Respectfully,

Considered and ordered this 12 day of April,        Jeffrey D. Hurm /CLW
2006, and ordered filed and made a part of the       Jeffrey D. Hurm
records in the above case.                           Senior U.S. Probation Officer
                                                     504-589-3220
A. J. McNamara
U. S. District Judge                                 Place: New Orleans, Louisiana

Original  - Clerk's Office                           Date: April 07, 2006
1 Copy    - U.S. Marshal
1 Copy    - U.S. Attorney
2 Copies  - U.S. Probation

Fee_____
Process_____
X Dktd_____
  CtRmDep_____
  Doc. No._____